## RUBIN *v.* THE STATE.

EVANS, P. J. The questions raised in this bill of exceptions are ruled adversely to the plaintiff in error in *Kracken* v. *State,* ante, 198.

*Judgment affirmed. All the Justices concur, except Beck, J., dissenting.*

No. 205. AUGUST 16, 1917.

Accusation of misdemeanor. Before Judge Rourke. Savannah city court. July 1, 1916.

*Robert L. Colding,* for plaintiff in error.

*Walter C. Hartridge, solicitor-general,* and *T. B. Felder,* contra.